# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHADREKA HAYNES,<br><br>      Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>      Defendant. | Civil Action No.: _____<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

SHADREKA HAYNES, ("Plaintiff"), through her attorneys, KROHN & MOSS, LTD., alleges the following against MONARCH RECOVERY MANAGEMENT, ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection and does so through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

3. In the course of attempting to collect on a consumer debt allegedly owed by Plaintiff, Defendant violated the provisions of the FDCPA as set forth herein.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

5. Defendant conducts business in the state of Georgia, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

7. Plaintiff is a natural person residing in Prairieville, Ascension Parish, Louisiana.

8. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

9. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national corporation located in Philadelphia, Pennsylvania.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment of an alleged debt.

12. Defendant calls Plaintiff almost everyday, several times a day for about one (1) month. Defendant's calls to plaintiff include but are not limited to:

- 12/31/2010 - 8:14 am
- 12/30/2010 - 8:26am
- 12/29/2010 - 8:23am
- 12/28/2010 - 8:05am, 5:41pm, 7:42pm
- 12/23/2010 - 8:17am , 3:28pm
- 12/22/2010 - 6:17pm , 7:30pm
- 12/21/2010 - 4:03pm

- 12/17/2010- 2:15am
- 12/15/2010-12:02pm
- 12/10/2010- 8:11am
- 12/9/2010- 8:11am, 6:27pm

13. Defendant called Plaintiff from 800-503-3852.

14. Defendant calls Plaintiff on her cellular telephone at 225-303-5573.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff;

    b. Defendant violated §1692d(5) of the FDCPA by causing Plaintiff's telephone to ring and engaging Plaintiff in telephone conversations repeatedly.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, SHADREKA HAYNES, respectfully requests judgment be entered against Defendant, MONARCH RECOVERY MANAGEMENT, INC., for the following:

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

19. Any other relief to which Plaintiff may be entitled.

RESPECTFULLY SUBMITTED,

DATED: March 1, 2011

By: /s/ Kelli Denise Mayon
    Kelli Denise Mayon, Esq.
    Attorney for Plaintiff
    4429 Herrmann Street, Apt. D
    Metairie Louisiana 70006

    Of Counsel
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
    (323) 988 2400

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, SHADREKA HAYNES, demands a jury trial in this case.

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF LOUISIANA)

Plaintiff, SHADREKA HAYNES, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, SHADREKA HAYNES, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

1/4/2011
Date

SHADREKA HAYNES